## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Jonathan Paul Dellacona aka Jonathan P.
Dellacona, aka Jonathan Dellacona**

**BK NO. 24-01068 MJC**

**Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
10 May 2024, 12:43:30, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 1129b636a583840210a88cc7768b00c0c2f510a369a4687d356325540080c9ba