UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JONATHAN PAUL DELLACONA : | CHAPTER 13 |
| | Debtor : | |
| | : | |
| | JACK N. ZAHAROPOULOS : | |
| | STANDING CHAPTER 13 TRUSTEE : | |
| | Movant : | |
| | : | |
| | JONATHAN PAUL DELLACONA : | |
| | Respondent : | CASE NO.  5-24-bk-01068 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 3rd of June 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. The Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. The Plan is underfunded relative to claims to be paid – 100% Plan.

WHEREFORE, Trustee alleges and avers that Debtor(s) Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s) Plan.
   b. Dismiss or convert Debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/Agatha R. McHale
      Attorney for Trustee

# CERTIFICATE OF SERVICE

    AND NOW, this 3rd day of June 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

               /s/Tammy Life
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee