In re:                                                                                    Case No. 24-01068-MJC

Jonathan Paul Dellacona                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2024 | Form ID: ntcnfhrg | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Paul Dellacona, 881 Hollow Road, East Stroudsburg, PA 18301-8149 |
| 5614353 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 5613578 | + | BELCO COMMUNITY CREDIT UNION, 403 N 2ND STREET, HARRISBURG, PA 17101-1377 |
| 5613590 | + | TD RCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5613593 | + | WAYNE BANK, 717 MAIN STREET OFFICE, PO BOX 269, HONESDALE, PA 18431-0269 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5613572 | + | Email/Text: BankruptcyNotices@Achieve.com | Jun 04 2024 18:39:00 | ACHIEVE PERSONAL LOANS, 1875 SOUTH GRANT STREET #400, SAN MATEO, CA 94402-2676 |
| 5613573 | | Email/Text: ally@ebn.phinsolutions.com | Jun 04 2024 18:38:00 | ALLY FINANCIAL, P.O. BOX 8143, COCKEYSVILLE, MD 21030-8143 |
| 5613574 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2024 18:47:17 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5614694 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2024 18:47:30 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5621781 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2024 18:47:17 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5613575 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 04 2024 18:38:00 | BANK OF AMERICA, 4060 OGLETOWN STANTON RD, DE5-019-03-07, NEWARK, DE 19713 |
| 5613576 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 04 2024 18:38:00 | BANK OF AMERICA NA, PO BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 5613577 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 04 2024 18:39:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 18999-8803 |
| 5616600 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 04 2024 18:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5613579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2024 18:47:29 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5613580 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 04 2024 18:39:00 | CITADEL FCU, 40 N BAILEY ROAD, THORNDALE, PA 19372-1026 |
| 5613581 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 04 2024 18:39:00 | CITADEL FEDERAL CREDIT UNION, 40 N BAILEY ROAD, THORNDALE, PA 19372-1026 |
| 5613582 | | Email/Text: mrdiscen@discover.com | Jun 04 2024 18:38:00 | DISCOVER, PO BOX 15316, WILMINGTON, DE 19850 |

| | | | |
|---|---|---|---|
| 5614983 | | Email/Text: mrdiscen@discover.com | |
| | | Jun 04 2024 18:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5613583 | + | Email/Text: Documentfiling@lciinc.com | |
| | | Jun 04 2024 18:38:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5613584 | | Email/Text: EBN@Mohela.com | |
| | | Jun 04 2024 18:39:00 | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 5613585 | | Email/PDF: ebnotices@pnmac.com | |
| | | Jun 04 2024 18:47:29 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5613586 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jun 04 2024 18:38:00 | PNC BANK, PO BOX 5580, CLEVELAND, OH 44101 |
| 5613587 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 04 2024 18:47:31 | SYNCB/CARE CREDIT, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5613588 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 04 2024 18:47:16 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5613589 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 04 2024 18:47:18 | SYNCB/TJX CO DC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5619143 | + | Email/Text: tdebn@credbankserv.com | |
| | | Jun 04 2024 18:39:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5613591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Jun 04 2024 18:47:17 | THD/CBNA, ONE COURT SQUARE, LONG ISLAND CITY, NY 11120-0001 |
| 5613592 | + | Email/Text: LCI@upstart.com | |
| | | Jun 04 2024 18:39:00 | UPSTART NETWORK, 2950 S DELAWARE STREET, SAN MATEO, CA 94403-2577 |
| 5615846 | ^ | MEBN | |
| | | Jun 04 2024 18:38:51 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | \*+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:**

District/off: 0314-5

Date Rcvd: Jun 04, 2024

User: AutoDocke

Form ID: ntcnfhrg

Page 3 of 3

Total Noticed: 30

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Bank of America  N.A. nj-ecfmail@mwc-law.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jonathan Paul Dellacona lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathan Paul Dellacona,             Chapter     13
aka Jonathan P. Dellacona, aka Jonathan Dellacona,

**Debtor 1**                     Case No.     5:24−bk−01068−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 4, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2024<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 4, 2024 |

ntcnfhrg (08/21)