United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jonathan Paul Dellacona  
    Debtor

Case No. 24-01068-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 15, 2025     Form ID: ordsmiss     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Paul Dellacona, 881 Hollow Road, East Stroudsburg, PA 18301-8149 |
| 5614353 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 5613578 | + | BELCO COMMUNITY CREDIT UNION, 403 N 2ND STREET, HARRISBURG, PA 17101-1377 |
| 5613593 | + | WAYNE BANK, 717 MAIN STREET OFFICE, PO BOX 269, HONESDALE, PA 18431-0269 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5613572 | + | Email/Text: BankruptcyNotices@Achieve.com | May 15 2025 18:42:00 | ACHIEVE PERSONAL LOANS, 1875 SOUTH GRANT STREET #400, SAN MATEO, CA 94402-2676 |
| 5613573 | | EDI: GMACFS.COM | May 15 2025 22:38:00 | ALLY FINANCIAL, P.O. BOX 8143, COCKEYSVILLE, MD 21030-8143 |
| 5613574 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 18:50:19 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5614694 | + | EDI: AISACG.COM | May 15 2025 22:38:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5621781 | + | EDI: AISACG.COM | May 15 2025 22:38:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5622473 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 18:39:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5613575 | | EDI: BANKAMER | May 15 2025 22:38:00 | BANK OF AMERICA, 4060 OGLETOWN STANTON RD, DE5-019-03-07, NEWARK, DE 19713 |
| 5613576 | + | EDI: BANKAMER | May 15 2025 22:38:00 | BANK OF AMERICA NA, PO BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 5613577 | + | EDI: TSYS2 | May 15 2025 22:38:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5616600 | | EDI: BANKAMER | May 15 2025 22:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5629005 | | EDI: BANKAMER | May 15 2025 22:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5613579 | + | EDI: CAPITALONE.COM | May 15 2025 22:38:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5613580 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 15 2025 18:42:00 | CITADEL FCU, 40 N BAILEY ROAD, THORNDALE, PA 19372-1026 |
| 5613581 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | May 15 2025 18:42:00 | CITADEL FEDERAL CREDIT UNION, 40 N BAILEY ROAD, THORNDALE, PA 19372-1026 |
| 5629403 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 15 2025 18:42:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5628527 | | EDI: CITICORP | May 15 2025 22:38:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5613582 | | EDI: DISCOVER | May 15 2025 22:38:00 | DISCOVER, PO BOX 15316, WILMINGTON, DE 19850 |
| 5614983 | | EDI: DISCOVER | May 15 2025 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5613583 | + | EDI: LENDNGCLUB | May 15 2025 22:38:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5628144 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 18:50:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5613584 | | Email/Text: EBN@Mohela.com | May 15 2025 18:41:00 | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 5659004 | | Email/Text: EBN@Mohela.com | May 15 2025 18:41:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5613585 | | Email/PDF: ebnotices@pnmac.com | May 15 2025 18:50:25 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5613586 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 18:41:00 | PNC BANK, PO BOX 5580, CLEVELAND, OH 44101 |
| 5627623 | | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2025 18:41:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 5628683 | | EDI: PRA.COM | May 15 2025 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5622619 | + | Email/PDF: ebnotices@pnmac.com | May 15 2025 18:50:32 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5613587 | | EDI: SYNC | May 15 2025 22:38:00 | SYNCB/CARE CREDIT, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5613588 | + | EDI: SYNC | May 15 2025 22:38:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5613589 | + | EDI: SYNC | May 15 2025 22:38:00 | SYNCB/TJX CO DC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5628976 | | EDI: AISACG.COM | May 15 2025 22:38:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5613590 | + | EDI: TDBANKNORTH.COM | May 15 2025 22:38:00 | TD RCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |
| 5619143 | + | EDI: CBSTDR | May 15 2025 22:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5613591 | + | EDI: CITICORP | May 15 2025 22:38:00 | THD/CBNA, ONE COURT SQUARE, LONG ISLAND CITY, NY 11120-0001 |
| 5613592 | + | EDI: LCIUPSTART | May 15 2025 22:38:00 | UPSTART NETWORK, 2950 S DELAWARE STREET, SAN MATEO, CA 94403-2580 |
| 5615846 | ^ | MEBN | May 15 2025 18:36:53 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Jonathan Paul Dellacona lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Jonathan Paul Dellacona,<br>aka Jonathan P. Dellacona, aka Jonathan Dellacona, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:24−bk−01068−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: May 15, 2025

ordsmiss (05/18)