**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:  JONATHAN PAUL DELLACONA
        Debtor(s)                 CHAPTER 13

CASE NO: 5-24-BK-01068MJC

**FUNDS REMITTED TO COURT**

Please find here to check number 9021937 in the amount of $4.68 representing unclaimed funds owed to Debtor(s), Jonathan Paul Dellacona, the Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s).  Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | JONATHAN PAUL DELLACONA<br>881 HOLLOW ROAD<br>EAST STROUDSBURG, PA   18301 | $4.68 |

Dated: February 18, 2026

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: dschott@pamd13trustee.com